## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 13-2441 (DWF/FLN) |
| Gerald Graham and Joan Graham,<br><br>Plaintiffs,<br><br>v.     Civil No. 13-1730 (DWF/FLN)<br><br>Howmedica Osteonics Corp., doing business as Stryker Orthopaedics; and Stryker Corporation,<br><br>Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Based upon the Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by the Plaintiffs on September 3, 2013, (MDL 13-2441 (DWF/FLN), Doc. No. 44; Civil No. 13-1730 (DWF/FLN), Doc. No. 8),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

Dated: September 4, 2013           s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge