# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:  STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 13-2441 (DWF/FLN) |

| | |
|---|---|
| This Document Relates to<br><br>Katherine Huxhold and Jason Huxhold,<br><br>           Plaintiffs,<br><br>v.       Civil No. 13-1616 (DWF/FLN)<br><br>Howmedica Osteonics Corporation, a New Jersey corporation d/b/a Stryker Orthopaedics,<br><br>           Defendant. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Based upon the Notice of Voluntary Dismissal Without Prejudice Pursuant to Rule 41 of the Federal Rules of Civil Procedure filed by the Plaintiffs on September 11, 2013, (Civil No. 13-1616 (DWF/FLN), Doc. No.  [16]),[1]

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

Dated:  September 13, 2013        s/Donovan W. Frank
                            DONOVAN W. FRANK
                            United States District Judge

---

[1]      Counsel for Plaintiffs filed the Notice of Voluntary Dismissal Pursuant to Rule 41 of the Federal Rules of Civil Procedure in the individual case (Civil No. 13-1616 (DWF/FLN), Doc. No. 16).  The Notice should also have been filed in the master case, MDL 13-2441 (DWF/FLN).