## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 13-2441 (DWF/FLN)<br><br><br>**ORDER** |

A telephone conference was held on April 23, 2015, involving the Honorable Brian R. Martinotti (New Jersey Superior Court), the Honorable Patti E. Henning (17th Judicial Circuit Court of Florida), and the Honorable Donald W. Hafele (15th Judicial Circuit Court of Florida), in addition to the undersigned, all of whom have pending cases before them involving Stryker Rejuvenate & ABG II Hip Implant products.

At the telephone conference we discussed the April 17, 2015 expiration date for enrolling in the global settlement in the above-entitled matter. We also discussed the June 15, 2015 date for the Defendant to either confirm its participation in the Global Settlement Agreement or to walk away from the Agreement.

Consequently, the parties determined that it is in the best interests of all parties concerned that all MDL proceedings and all state proceedings relating to Stryker Rejuvenate & ABG II Hip Implant products around the country be stayed until at least September 1, 2015. The parties further determined that a stay is in the interest of coordinating all state and federal matters in light of the June 15, 2015 deadline. Importantly, the parties agree that such a stay would serve the interests of all parties

provided that each respective court agrees, subsequent to September 1, 2015, to give each case calendar priority with respect to a scheduling order that would expedite discovery and coordinate discovery amongst the respective courts across the country.

Based upon the current status of the case and the Court and respective courts having discussed the matter, and being otherwise duly advised in the premises, the undersigned hereby enters the following:

**ORDER**

Pursuant to a telephone conference of the following judges:  The Honorable Donovan W. Frank (U.S. District Court – District of Minnesota), the Honorable Brian R. Martinotti (New Jersey Superior Court), the Honorable Patti E. Henning (17th Judicial Circuit Court of Florida), and the Honorable Donald W. Hafele (15th Judicial Circuit Court of Florida), and relating to *In re:  Stryker Rejuvenate & ABG II Hip Implant Prods. Liab. Litig.*, MDL No. 13-2441 (DWF/FLN) and all state proceedings regarding Stryker Rejuvenate & ABG II Hip Implant products, the courts will issue a stay of all proceedings until **September 1, 2015** in the interest of coordination of all matters and in light of the June 15, 2015 walk-away deadline for the Defendant.

Dated:  May 4, 2015            s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge