# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 13-2441 (DWF/BRT)<br><br>**PRETRIAL ORDER NO. 40** |
| This Document Relates to All Actions | **ORDER APPOINTING JASON P. JOHNSTON TO PLAINTIFFS' LEAD COUNSEL COMMITTEE** |

On August 15, 2014, the Court appointed Charles S. Zimmerman of Zimmerman Reed LLP to the Plaintiffs' Lead Counsel Committee. Mr. Zimmerman served his court-appointed role until his recent passing. Zimmerman Reed has requested that Jason P. Johnston be substituted to serve in Mr. Zimmerman's role on the Lead Counsel Committee in this MDL.

Based upon the Court being informed of the above-noted circumstances and being otherwise duly advised, the Court hereby enters the following:

**ORDER**

Jason P. Johnston of Zimmerman Reed LLP is hereby substituted for Bucky S. Zimmerman to serve on the Plaintiffs' Lead Counsel Committee. The Lead Counsel Committee will remain the same, with the exception of this substitution, until further order of the Court. Therefore, Plaintiffs' Lead Counsel Committee is constituted as follows:

**Plaintiffs' Lead Counsel Committee Chairperson:**

Peter J. Flowers
Meyers & Flowers
Chicago, IL

**Plaintiffs' Lead Counsel Committee Members:**

| | |
|---|---|
| Annesley H. DeGaris<br>DeGaris and Rogers LLC<br>Birmingham, AL | Eric Kennedy<br>Weisman, Kennedy & Berris Co., L.P.A.<br>Cleveland, OH |
| Wendy R. Fleishman<br>Lieff Cabraser Heimann & Bernstein, LLP<br>New York, NY | Genevieve M. Zimmerman<br>Meshbesher & Spence<br>Minneapolis, MN |
| Ben W. Gordon, Jr.<br>Levin Papantonio, P.A.<br>Pensacola, FL | Jason P. Johnston<br>Zimmerman Reed LLP<br>Minneapolis, MN |

Dated:  April 25, 2019         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge