# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 13-2441 (DWF/BRT) |
| This Document Relates to:<br><br>SIDNEY CHARLES FLOTHE and MIKELL FLOTHE,<br><br>Plaintiffs,<br><br>Civil No. 15-01534 (DWF/BRT)<br>vs.<br><br>HOWMEDICA OSTEONICS d/b/a STRYKER ORTHOPAEDICS, STRYKER CORP., STRYKER SALES CORPORATION and STRYKER IRELAND LIMITED,<br><br>Defendants. | **REQUEST FOR FILING AND ENTRY OF STIPULATION OF DISMISSAL WITH PREJUDICE** |

The above captioned matter having been resolved pursuant to the terms of the Settlement Agreement previously executed in the pending Multidistrict Litigation, *In Re: Stryker Rejuvenate and ABGII Hip Implant Products Liability Litigation*, MDL No. 13-2441, Defendants hereby submit the attached Stipulation of Dismissal with Prejudice for filing and entry dismissing the matter in its entirety with prejudice and without costs to any party.

**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
Email: timothy.griffin@stinson.com

By: */s/ Timothy P. Griffin*
    Timothy P. Griffin (#0285717)

**GIBBONS P.C.**
Kim M. Catullo, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
Email: kcatullo@gibbonslaw.com

*Attorneys for Defendant Howmedica Osteonics Corp*

Dated: January 23, 2020